IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY AND | § | |
| JONNATHAN SMILEY, | § | |
| | § | |
| *Defendants.* | § | |

**EXHIBIT A – ALL PARTIES IN THE CASE**

*Philomene Block v The Lincoln National Life Insurance Company and Jonnathan Smiley* is currently pending in the 163rd Judicial District Court of Orange County, Texas; No. B180497-C. The parties are:

1. Plaintiff, Philomene Block
2. Defendant, The Lincoln National Life Insurance Company
3. Defendant, Jonnathan Smiley