# Orange County District Court

**801 W Division. Orange, 77630 TX. Phone: (409)882-7825 EXT**

## CASE HISTORY FOR CASE 180497-C

**Philomene Block Vs. The Lincoln National Life Insurance Company et al**

FILED DATE: 12/10/2018 CASE TYPE: C/CONTRACT - OTHER STATUS: JURY DEMAND

JUDGE: 163rd District Court

**CASE PARTIES:**

| | |
|---|---|
| Plaintiff | Block, Philomene |
| Plaintiff Attorney | Ramsey, Michael R |
| Defendant | The Lincoln National Life Insurance Company |
| Defendant | Smiley, Jonnathan |

**CASE HISTORY FOR CASE 180497-C**

**Block, Philomene**

Current Age: Unknown DOB: Unknown
DL#: SSN: 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
,
Total Paid: $ 393.00 Balance Due: $ 0.00

| COST | AMOUNT | PAY PRIORITY |
|---|---|---|
| Action: PLAINTIFF'S ORIGINAL PETITION | | |
| COMP PUB ACCT CV (DC) $50.00 | $50.00 | 20 |
| DISTRICT CLK'S FEE-CASE $50.00 | 50.00 | 50 |
| ORANGE CO SHERIFF -CASE $5.00 | 5.00 | 50 |
| LAW LIBRARY FEES $20.00 | 20.00 | 50 |
| STENOGRAPHIC FEES $15.00 | 15.00 | 50 |
| COURTHOUSE SEC FUND $5.00 | 5.00 | 50 |
| REC MGMT PRES $5. GC 51.317 (c)(2) | 5.00 | 50 |
| REC MGMT PRES FUND(CL-R) GC 51.317(c)(1 | 5.00 | 40 |
| JUDICIARY FEE | 42.00 | 30 |
| STATE:IND LGL(C)LGC 133.152 (a)(1) | 10.00 | 30 |
| APPELLATE JUD SUPPORT FEE | 5.00 | 30 |
| DC DIGITIZE CT. R. GC 51.708 | 10.00 | 40 |
| DC ARCHIVE 51.305 (b) | 10.00 | 40 |
| STATE E-FILING (C) $30 GC 51.851 (b) | 30.00 | 20 |
| Action: CITATION REQUESTED (CERTIFIED MAIL) | | |
| DISTRICT CLERK FEES : GENERAL | 83.00 | 50 |
| Action: CITATION REQUESTED (PROCESS SERVER) | | |
| DISTRICT CLERK FEES : GENERAL | 8.00 | 50 |
| Action: JURY DEMAND + (No image) | | |
| JURY FEE | 40.00 | 50 |
| **Total:** | $393.00 | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 12/26/2018 | 3:26 pm | Filing recorded: CITATION RETURNED +<br>The Lincoln National Life Insurance Company |
| 12/14/2018 | 9:40 am | Received payment of $393.00 from Michael R Ramsey (EFILE) for Philomene Block. Printed receipt #519394.<br>Block, Philomene |
| 12/14/2018 | 9:38 am | JUSTINRH recorded the following Case Action Note: Scanned to OP.<br>Block, Philomene |

EXHIBIT
C

**CASE HISTORY FOR CASE 180497-C**

| | | |
|---|---|---|
| 12/11/2018 | 9:20 am | Filing recorded: CITATION/S ISSUED + Pick Up (picked up by processor 12-14-18<br>Smiley, Jonnathan |
| 12/11/2018 | 9:20 am | JUSTINRH recorded the following Case Action Note: Called Trish at (409) 832-2721 to have the documents picked up.<br>(picked up ds) 12-14-18<br>Smiley, Jonnathan |
| 12/11/2018 | 9:17 am | Filing recorded: CITATION/S ISSUED + CM\RRR<br>The Lincoln National Life Insurance Company |
| 12/11/2018 | 9:08 am | Filing recorded: CITATION REQUESTED (PROCESS SERVER)<br>Block, Philomene |
| 12/11/2018 | 9:08 am | Filing recorded: CITATION REQUESTED (CERTIFIED MAIL)<br>Block, Philomene |
| 12/10/2018 | 9:38 am | Filing recorded: JURY DEMAND + (No image)<br>Block, Philomene |
| 12/10/2018 | 9:07 am | Filing recorded: REQ FOR PROCESS FORM<br>Block, Philomene |
| 12/10/2018 | 9:07 am | Filing recorded: PLAINTIFF'S ORIGINAL PETITION<br>Block, Philomene |
| 12/10/2018 | 9:07 am | Filing recorded: CASE INFORMATION SHEET<br>Block, Philomene |
| 12/10/2018 | 9:07 am | Filing recorded: E-FILE RECEIPT<br>Block, Philomene |
| 12/10/2018 | 9:07 am | Filing recorded: *** E-FILED CASE ***<br>Block, Philomene |

**STATE OF TEXAS**

**COUNTY OF ORANGE**

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a copy and appears as the record in my office.

Witness my official seal and signature of office on Orange, Texas, on January 3, 2019.

**VICKIE EDGERLY, DISTRICT CLERK**
ORANGE COUNTY, TEXAS