EXHIBIT

E

CIVIL CITATION - CCVCMWD

**THE STATE OF TEXAS**

**To: The Lincoln National Life Insurance Company**
**Corporation Service Company**
**211 East 7th Street, Ste. 620**
**Austin, TX 78701**

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said **PLAINTIFF'S ORIGINAL PETITION**
was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on December 10, 2018 in the following styled and numbered cause:

**Cause No: 180497-C**

**Philomene Block Vs. The Lincoln National Life Insurance Company et al**

The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:
**Michael R Ramsey**
**Ramsey Law**
**490 Park Street, Suite 101**
**Beaumont, TX 77701**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this December 11, 2018.

DISTRICT COURT OF ORANGE COUNTY, TEXAS

**VICKIE EDGERLY, District Clerk**
Orange County, Texas
Vickie Edgerly

**CLERK'S RETURN FOR CERTIFIED MAIL**

CAME TO HAND on the 11th day of December, 2018, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.

CERT. MAIL #9214 7969 0099 9790 1625 1052 93 DELIVERY DATE:__________ RETURN DATE:__________

**ALTERNATE RETURN**

CAME TO HAND on the _______day of ____________________, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in ________________ ______________________________________________ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

By:________________________________Deputy

CIVIL CITATION – CITCVWD

**THE STATE OF TEXAS**

**To:** **Jonnathan Smiley**
**7735 Fanlight Pl**
**Union City GA 30291**

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on December 10, 2018 in the following styled and numbered cause:

**Cause No: 180497-C**

**Philomene Block Vs. The Lincoln National Life Insurance Company et al**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:

**Michael R Ramsey**
**490 Park Street, Suite 101**
**Beaumont TX 77701**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this December 11, 2018.

DISTRICT COURT OF ORANGE COUNTY, TEXAS

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

Vickie Edgerly

---

**RETURN**

Came to hand on the _____ day of ________________, 20_____, at _____o'clock_____, M., and executed in ________________County, Texas, at _____o'clock _____.M., on the _____day of ________________, 20____, by delivering, in accordance with the requirements of law, to the within named ____________________In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant ________________________________________

the diligence used to execute being ________________________________________

the cause of failure to execute is ________________________________________

the defendant may be found ________________________________________

TOTAL FEES: __________ BY: ________________________________________