CIVIL CITATION - CCVCMWD

EXHIBIT F

## THE STATE OF TEXAS

**To:** **The Lincoln National Life Insurance Company**
**Corporation Service Company**
**211 East 7th Street, Ste. 620**
**Austin, TX 78701**

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said **PLAINTIFF'S ORIGINAL PETITION**
was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on December 10, 2018 in the following styled and numbered cause:

**Cause No: 180497-C**

**Philomene Block Vs. The Lincoln National Life Insurance Company et al**

The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:

**Michael R Ramsey**
**Ramsey Law**
**490 Park Street, Suite 101**
**Beaumont, TX 77701**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this December 11, 2018.

DISTRICT COURT OF ORANGE COUNTY, TEXAS

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

Vickie Edgerly

## CLERK'S RETURN FOR CERTIFIED MAIL

CAME TO HAND on the 11th day of December, 2018, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.

CERT. MAIL #9214 7969 0099 9790 1625 1052 93 DELIVERY DATE: 12-17-18 RETURN DATE: 12-26-18

## ALTERNATE RETURN

CAME TO HAND on the ________ day of ____________________, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in ________________ ____________________________________ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

By:________________________________Deputy

12/27/18 09:29:05 Orange County DC Sc

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

9214-7969-0099-9790-1625-1052-93

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate) $3.45

| | |
|---|---|
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ $2.75 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |

Postage
$ $0.470

Total Postage and Fees
$ $6.670

Postmark
Here

Sent To

Street, Apt. No., or PO Box No.
City, State, Zip+4

The Lincoln National Life Insurance Company
Corporation Service Company
211 East 7th Street, Suite 620
Austin, TX 78701

12/11/2018 9:14:33AM

Code: B180497-C JR
Code2: Block OP

PS Form 3800, April 2015 See Reverse for Instructions

12/27/18 15:27:22 Orange County DC Scanned by Justin R.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
Corporation Service Company
211 East 7th Street, Suite 620
Austin, TX 78701

12/11/2018 9:14:33AM

9290 9969 0099 9725 1053 09

2. Article Number (*Transfer from service label*)
9214 7969 0099 9790 1625 1052 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kyle Ratzlaff
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
DEC 1 7 2018

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Kyle Yi...

FILED
VICKIE EDGERLY
18 DEC 26 P1 57
DISTRICT CLERK
ORANGE COUNTY, TEXAS
Vickie Edgerly

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 **Domestic Return Receipt**