IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY AND | § | |
| JONNATHAN SMILEY, | § | |
| | § | |
| *Defendants*. | § | |

**EXHIBIT G – ALL ATTORNEYS IN THE CASE**

Michael R. Ramsey
State Bar No. 16520200
Katherine D. Ramsey
State Bar No. 24070469
RAMSEY LAW
6280 Delaware Street, Ste A
Beaumont, Texas 77706
Email: ramseydocket@ramseylaw.com
PH: (409) 444-2020
FX: (409) 444-2021
Counsel for Plaintiff, Philomene Block

Iwana Rademaekers, Esq.
Texas Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Counsel for Defendants