CAUSE NO. B180497-C

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | ORANGE COUNTY, TEXAS |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND JONNATHAN SMILEY, | § | |
| | § | |
| | § | |
| | § | 163RD JUDICIAL DISTRICT |
| Defendants. | | |

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendants The Lincoln National Life Insurance Company and Jonnathan Smiley, hereby give notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Eastern District of Texas. A copy of Defendants' Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "1."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. 28 U.S.C. § 1446(d).

Respectfully submitted this 16th day of January 2019.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
State Bar No. 16452560

ATTORNEYS FOR DEFENDANTS

EXHIBIT

**H**

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading was forwarded to the following counsel of record, via electronic mail and via US Priority Mail, Delivery Confirmation requested, on the 16th day of January 2019, as follows:

Michael R. Ramsey
Katherine D. Ramsey
Ramsey Law
6280 Delaware Street, Ste A
Beaumont, Texas 77706
Email: ramseydocket@ramseylaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers