IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY AND | § | |
| JONNATHAN SMILEY, | § | |
| | § | |
| *Defendants*. | § | |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT**

Defendant, The Lincoln National Life Insurance Company, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 16th day of January 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was forwarded by electronic mail and US Priority Mail, Delivery Confirmation requested, on the 16th day of January 2019, to the following counsel of record:

Michael R. Ramsey
Katherine D. Ramsey
Ramsey Law
6280 Delaware Street, Ste A
Beaumont, Texas 77706
Email: ramseydocket@ramseylaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers