**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND JON-NATHAN SMILEY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

On this day, the Court considered the Motion to Dismiss Plaintiff's Original Petition filed by Defendants The Lincoln National Life Insurance Company and Jon-Nathan Smiley pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Original Petition, Plaintiff's Response to Defendants' Motion, and the applicable law, the Court is of the opinion that Defendants' Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendants' Motion to Dismiss is hereby **GRANTED**. It is, therefore, also

**ORDERED** this action is hereby **DISMISSED WITH PREJUDICE** and all costs incurred by Defendant are taxed against the Plaintiff.