**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 1:19cv00023** |
| | **§** | |
| **THE LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY AND** | **§** | |
| **JONNATHAN SMILEY** | **§** | |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Philomene Block ("**Plaintiff**"), and files this Unopposed Motion to Withdraw Jury Demand, and as grounds therefore would show unto the Court as follows:

Plaintiff recognizes that ERISA does not provide for a jury trial in this matter and respectfully requests that the Court allow said jury demand to be withdrawn.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant this motion, and for such other and further relief to which Plaintiff may show herself to be justly entitled.

Respectfully Submitted,

**RAMSEY LAW**

***/s/ Michael R. Ramsey***
Michael R. Ramsey
State Bar No.16520200
Katherine D. Ramsey
State Bar No. 24070469
6280 Delaware Street, Ste A
Beaumont, Texas 77706
T: 409.444.2020
F: 409.444-2021
ramseydocket@ramseylaw.com

**ATTORNEYS FOR PLAINTIFF**

## **Certificate of Conference**

The undersigned counsel hereby certifies that she has conferred with opposing counsel and opposing counsel is unopposed to this motion.

***/s Katherine D. Ramsey***
Katherine D. Ramsey

## **Certificate of Service**

This is to certify that all counsel of record are being served a copy of this instrument via the CM/EFC system for the USDC Eastern District of Texas on February 4, 2019.

***/s Katherine D. Ramsey***
Katherine D. Ramsey