**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 1:19cv00023** |
| | **§** | |
| **THE LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY AND** | **§** | |
| **JONNATHAN SMILEY** | **§** | |

**ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW JURY DEMAND**

ON THIS DAY came for consideration Plaintiff's Unopposed Motion to Withdrawn Jury Demand. The Court is of the opinion that Plaintiff's request should be granted.

It is therefore ORDERED that Plaintiff's request for a jury demand is hereby withdrawn and that this matter shall be tried before the bench.