**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:19cv00023** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY AND** | § | |
| **JONNATHAN SMILEY** | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Philomene Block ("**Plaintiff**"), and files this Plaintiff's First Amended Complaint, complaining of Defendant The Lincoln National Life Insurance Company and for cause of action would show the following:

## PARTIES

1. Plaintiff Philomene Block is an individual residing in Orange County, Texas.

2. Defendant The Lincoln National Life Insurance Company is an alien or foreign insurance company registered to engage in the business of insurance in Texas. Defendant has been served and has answered.

## JURISDICTION

3. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, as this case involves a claim arising under a Federal Question- ERISA.

## VENUE

4. Venue is proper pursuant to 28 U.S.C. § 1391(b), as the Eastern District of Texas is a judicial district in which a substantial part of the events giving rise to the claims occurred.

## FACTS

5. Plaintiff was employed by Calabrian Corporation for twenty-four years as a Purchasing Manager. Plaintiff became disabled due to non-small cell lung cancer and was unable

to continue working in Plaintiff's occupation beyond March 22, 2016.

6. Through Plaintiff's employment with Calabrian Corporation, health insurance was provided by Blue Cross Blue Shield which ended on July 1, 2016. Coverage was continued through Cobra until September 1, 2016. Medicare enrolled Plaintiff on July 1, 2016. Plaintiff received short term disability through her employer for six months (from 4/16 through 10/16). Long Term Disability was through Defendant, The Lincoln National Life Insurance Company (referred to herein as "**Insurance Company**").

7. On or about September 23, 2016, Plaintiff filed an initial claim for Long Term Disability benefits, which was denied by Insurance Company on November 8, 2016, stating that after review of medical documentation, Insurance Company determined that Plaintiff was not totally disabled from performing the main duties of her occupation.

8. On March 16, 2017, Plaintiff filed an appeal in response to Insurance Company's denial of Long Term Disability benefits and submitted additional information with the appeal. Again, on May 4, 2017, Insurance Company denied Long Term Disability benefits stating that after review of the additional information and medical documentation, Insurance Company determined that the information did not support that Plaintiff was unable to perform the main duties of her occupation beyond the last day worked.

9. On July 27, 2017, Plaintiff filed her second and final appeal in response to Insurance Company's determination to uphold its previous decision to deny benefits. Plaintiff's second and final appeal was again denied on November 13, 2017 when Insurance Company found Plaintiff was "no longer Totally Disabled" under the terms of the policy.

10. Defendant, through its outcome-oriented review of the claim, has wrongfully refused this claim and failed to pay Plaintiff benefits that she is due. Plaintiff has undertaken all appeals and perfumed all conditions precedent to bringing this claim in Court.

11. Plaintiff asserts that the conduct of Defendant as set forth above constituted a breach of contract and violation of Defendant's duties under the ERISA plan for which Plaintiff now seeks recovery. As a natural and probable result of these actions, Plaintiff has suffered actual damages in an amount in excess of the minimum jurisdictional limits of the Court. Plaintiff hereby sues Defendant for all such relief, plus taxable costs, attorney's fees (through not only the trial hereof, but also for any appellate review or pre-trial), and all pre-judgment and post-judgment interest as allowed by law.

12. WHEREFORE, PREMISES CONSDERED, Plaintiff prays for judgment against Defendant for all damages, pre-judgment and post-judgement interest, taxable court costs, and all reasonable and necessary attorney's fees, as sought hereinabove; together with all other relief at law or in equity, special or general, to which Plaintiff may be justly entitled to receive.

Respectfully Submitted,

**RAMSEY LAW**

***/s/ Michael R. Ramsey***
Michael R. Ramsey
State Bar No.16520200
Katherine D. Ramsey
State Bar No. 24070469
6280 Delaware Street, Ste A
Beaumont, Texas 77706
T: 409.444.2020
F: 409.444-2021
ramseydocket@ramseylaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record are being served a copy of this instrument via the CM/EFC system for the USDC Eastern District of Texas on February 4, 2019.

***/s Katherine D. Ramsey***
Katherine D. Ramsey