**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CASE NO. 1:19-cv-00023-MAC** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY AND** | § | |
| **JONNATHAN SMILEY** | § | |
| **Defendants.** | § | |

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION AND BRIEF IN SUPPORT**

---

**TO THE HONORABLE COURT:**

Philomene Block ("Plaintiff") files this Response to The Lincoln National Life Insurance Company and Jonnathan Smiley (collectively "Defendants") Motion to Dismiss Plaintiff's Original Petition and Brief in Support ("Motion to Dismiss"). Plaintiff respectfully shows the Court the following:

1. The Defendants' Motion to Dismiss is moot.

2. On January 23, 2019, Defendants filed their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f).[1]

3. On February 4, 2019 (13 days later), Plaintiff filed her First Amended Complaint,[2] addressing each of the arguments briefed in Defendants' Motion to Dismiss, including removing all causes of action against Defendant Smiley; removing her causes of action for violations of the Texas Insurance Code, Prompt Payment of Claims Act, Breach of Contract, and Breach of the Duty of Good Faith and Fair dealing against Defendant Lincoln National Life

[1] Dkt. #4.
[2] Dkt. #7.

Insurance Company; and clarifying that the only damages being sought are those available through Plaintiff's ERISA plan.[3]

4. Additionally, on February 4, 2019, Plaintiff filed an Unopposed Motion to Withdraw Jury Demand[4].

5. As a result of the filing of Plaintiff's First Amended Complaint and Unopposed Motion to Withdraw Jury Demand, Defendants' Motion to Dismiss is rendered moot and should be denied in its entirety.

Respectfully Submitted,

RAMSEY LAW

*/s/ Michael R. Ramsey*
Katherine D. Ramsey
State Bar No. 24070469
Michael R. Ramsey
State Bar No. 16520200
490 Park Street, Suite 101
Beaumont, Texas 77701
T: 409.444.2020
F: 409.444.2021
ramseydocket@ramseylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel of record for all parties by Notice of Electronic filing via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on this the 6th day of February, 2019.

*/s/ Katherine D. Ramsey*
Katherine D. Ramsey

[3] Plaintiff can amend its complaint- without the Court's leave or the opposing party's consent- within the earlier of 21 days after the defendant's answer or FRCP 12(b)(6) motion is served. See FRCP 15(a)(1)(B).
[4] Dkt. #6.