**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CASE NO. 1:19-cv-00023-MAC** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY AND** | § | |
| **JONNATHAN SMILEY** | § | |
| **Defendants.** | § | |

---

## ORDER

---

On this day, the Court considered Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Original Petition and Brief in Support. After reviewing the motion, Plaintiff's response, and any replies, hearing the arguments and evidence of Counsel, and after due consideration, the Court is of the opinion that Defendants' Motion should be denied.

Accordingly, IT IS ORDERED that Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support is DENIED.