**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND JON-NATHAN SMILEY, | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**REPLY REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

The Lincoln National Life Insurance Company ("Lincoln") and Jon-Nathan Smiley ("Smiley") (collectively "Defendants") file this Reply Regarding Defendants' Motion to Dismiss Plaintiff's Original Petition (Doc 4) and state that it is Defendant's position that said Motion is now moot due to the filing of Plaintiff's Amended Complaint (Doc 7).

Accordingly, Defendants do not object to the Court entering an order that Defendants' Motion to Dismiss Plaintiffs Original Petition is denied as moot.

Dated this 7th day of February 2019.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Michael R. Ramsey
Katherine D. Ramsey
Email: ramseydocket@ramseylaw.com
Email: katherine@ramseylaw.com

| | |
|---|---|
| February 7, 2019 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |