**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY AND | § | |
| JON-NATHAN SMILEY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

On this day, the Court considered the Motion to Dismiss Plaintiff's Original Petition filed by Defendants The Lincoln National Life Insurance Company and Jon-Nathan Smiley pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Original Petition, Plaintiff's Response to Defendants' Motion, Defendants' Reply, and the applicable law, the Court is of the opinion that Defendants' Motion is now moot due to the filing of Plaintiff's Amended Complaint. It is, therefore,

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's Original Petition and Brief in Support is hereby **DENIED** as moot.