**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-23 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and JONNATHAN SMILEY, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Philomene Block's ("Plaintiff") Unopposed Motion to Withdraw Jury Demand (#6) is GRANTED. Accordingly, Plaintiff's request for a jury demand is withdrawn and this matter shall be tried before the bench.

SIGNED at Beaumont, Texas, this 6th day of February, 2019.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE