IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:19cv00023 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**SCHEDULING ORDER (ERISA CASE)**

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the court hereby enters the following Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

| | | |
|---|---|---|
| 1. | April 18, 2019 | NEW PARTIES shall be joined, without leave of court, by this date. |
| 2. | April 18, 2019 | The pleadings shall be AMENDED, without leave of court, by this date. |
| 3. | May 16, 2019 | Defendant shall identify and provide to Plaintiff the administrative record by this date. |
| 4. | June 16, 2019 | The Plaintiff shall provide to the Defendants any objections to the administrative record as well as the identification of any additional materials Plaintiff contends should be considered as part of the administrative record by this date. |
| 5. | July 15, 2019 | Completion of discovery. |
| 6. | July 15, 2019 | Joint Stipulated Record to be filed by the Parties by this date. |
| 7. | August 19, 2019 | Both parties shall submit cross motions for summary judgment this date. The parties may file responses and replies allowed by the court's Local Rules. |