| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
| --- | --- |

| | | |
| --- | --- | --- |
| PHILOMENE BLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-23 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and JONNATHAN SMILEY, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pursuant to Plaintiff Philomene Block's ("Plaintiff") Response (#8) and Defendants The Lincoln National Life Insurance Company and Jonnathan Smiley's (collectively, "Defendants") Reply (#9), Defendants' Motion to Dismiss Plaintiff's Original Petition (#4) is DENIED AS MOOT.

SIGNED at Beaumont, Texas, this 11th day of March, 2019.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE