**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO.1:19-cv-00023-MAC** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND JONNATHAN SMILEY** | § | |
| | § | |
| | § | |

---

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that Randal Cashiola of the Cashiola Law Firm hereby enters an appearance as additional counsel for Plaintiff, Philomene Block in the above referenced matter.

Respectfully Submitted,

**CASHIOLA LAW FIRM**

***/s/ Randal G. Cashiola***
Randal G. Cashiola
State Bar No. 03966802
2090 Broadway, Suite A
Beaumont, Texas 77701
T: 409.813.1443
F: 409.813.1447
rcashiola@cashiolalaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel of record for all parties by Notice of Electronic filing via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on this the 11TH day of March, 2019.

*/s/ Randal Cashiola*
Randal G. Cashiola