IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:19cv00023 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND JONNATHAN SMILEY, | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court and hereby appear as additional counsel for:

The Lincoln National Life Insurance Company.

Date: March 12, 2019

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP

470 Orleans Street
P. O. Box 1751
Beaumont, TX 77704-1751
(409) 838-6412 Telephone
(409) 838-6959 Facsimile

*/s/ Robert J. Hambright*
Robert J. Hambright
rjh@obt.com
State Bar No. 08814300

ATTORNEYS FOR DEFENDANT
THE LINCOLN LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on March 12, 2019, and thereby served on the following attorneys of record:

Michael R. Ramsey
Katherine D. Ramsey
Ramsey Law
6280 Delaware St., Ste. A
Beaumont, TX 77706
Main: (409) 444-2020
Fax: (409) 444-2021
Email: ramseydocket@ramseylaw.com

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

*/s/ Robert J. Hambright*
Robert J. Hambright