| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | | |
|---|---|---|---|
| DIVISION: | 1 (Beaumont) | DATE: | March 18, 2019 |
| DISTRICT JUDGE: | Hon. Marcia A. Crone | TIME: | 11:10 a.m.-11:20 a.m. |

| | | |
|---|---|---|
| PHILOMENE BLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-23 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MINUTE ENTRY: SCHEDULING CONFERENCE**

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Randal Girard Cashiola of the Cashiola Law Firm |
| ATTORNEYS FOR DEFENDANT: | Robert J. Hambright and Austin Schnell of Orgain, Bell & Tucker LLP |

Counsel convened in chambers on Monday, March 18, 2019, to inform the court of the facts and issues in this ERISA action. Plaintiff Philomene Block ("Block") seeks damages for Defendant The Lincoln National Life Insurance Company's ("Lincoln") allegedly wrongful denial of her claim for long term disability benefits. Block contends that she suffered from cognitive issues that prevented her from returning to work after she was diagnosed with, and received treatment for, non-small cell lung cancer. Lincoln maintains that denial of long term disability benefits was proper because she was still able to perform her work responsibilities when she submitted her claim for long term disability benefits. The court and the parties agreed to a scheduling order which will govern all future proceedings.

SIGNED at Beaumont, Texas, this 18th day of March, 2019.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE