**UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| PHILOMENE BLOCK | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-23 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

## SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Julia Colyer, the Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701. For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

| | | |
|---|---|---|
| 1. | April 18, 2019 | NEW PARTIES shall be joined, without leave of court, by this date. |
| 2. | April 18, 2019 | The pleadings shall be AMENDED, without leave of court, by this date. |
| 3. | May 16, 2019 | DEFENDANT shall identify and provide to Plaintiff the administrative record by this date. |
| 4. | June 17, 2019 | PLAINTIFF shall provide to Defendant any objections to the administrative record as well as the identification of any additional materials Plaintiff contends should be considered as part of the administrative record by this date. |
| 5. | July 15, 2019 | DISCOVERY shall be completed and the parties shall file the Joint Stipulated Record by this date. |
| 6. | August 19, 2019 | MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion. |
| 7. | November 11, 2019 | The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. |
| 8. | November 18, 2019 | OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date. |
| 9. | December 6, 2019 | FINAL STATUS CONFERENCE at 10:00 a.m. The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date. |
| 10. | 8-12 hours | Estimated time to try before the court. |

SIGNED at Beaumont, Texas, this 18th day of March, 2019.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE