**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHILOMENE BLOCK** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 1:19cv00023** |
| | **§** | |
| **THE LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY AND** | **§** | |
| **JONNATHAN SMILEY** | **§** | |

# NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE CRONE:

Please be advised that Plaintiff Philomene Block and Defendant The Lincoln National Life Insurance Company have reached a settlement in this matter. The parties will exchange settlement paperwork and dismissal documents will be forthcoming within 45 days.

Respectfully Submitted,

**RAMSEY LAW**

***/s/ Michael R. Ramsey***
Michael R. Ramsey
State Bar No.16520200
Katherine D. Ramsey
State Bar No. 24070469
6280 Delaware Street, Ste A
Beaumont, Texas 77706
T: 409.444.2020
F: 409.444-2021
ramseydocket@ramseylaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record are being served a copy of this instrument via the CM/EFC system for the USDC Eastern District of Texas on July 1, 2019.

***/s Katherine D. Ramsey***
Katherine D. Ramsey